UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SIMMONS; JAMES TRIPLETT; THERREL GATLING; and PAUL GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>HONORABLE RICHARD SPENCER, SECRETARY OF THE NAVY; US DEPARTMENT OF DEFENSE; DEPARTMENT OF THE NAVY; UNITED STATES NAVY DEPARTMENT, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 19-CV-1448 TWR (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(ECF No. 15) |

Presently before the Court is the Joint Motion for Extension of Time to Respond to First Amended Complaint ("Joint Mot.," ECF No. 15) filed by Plaintiffs Donald Simmons, James Triplett, Therrel Gatling, and Paul Gonzales and Defendant the Honorable Kenneth J. Braithwaite, Secretary of the Navy. Defendant's response to Plaintiff's First Amended Complaint is presently due on October 2, 2020. (*See id.* at 1.) Because the Parties "are currently meeting and conferring regarding various pleading deficiencies to try to resolve them prior to initiating motion practice," they request a forty-five-day extension for

Plaintiff to file an amended complaint and an additional forty-five-day extension for Defendant to file a response. (*Id.*)

Good cause appearing, the Court **GRANTS** the Joint Motion. As agreed among the Parties, Plaintiffs **MAY FILE** an amended complaint <u>on or before November 16, 2020</u>, and Defendant **SHALL RESPOND** <u>on or before January 4, 2021</u>.

**IT IS SO ORDERED.**

Dated: October 2, 2020

_____
Honorable Todd W. Robinson
United States District Court